UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIZVET SALAZAR GOMEZ,

   Plaintiff,

  v.

FCA US LLC,

   Defendant.

No.  1:21-cv-01314-AWI-SKO

ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(Doc. 17)

   On September 7, 2022, the parties filed a joint stipulation dismissing the action with prejudice (erroneously docketed as a motion to dismiss).  (Doc. 17.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**September 8, 2022**__     ___*/s/ Sheila K. Oberto*___

             UNITED STATES MAGISTRATE JUDGE